IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ABC SUPPLY CO., INC.**                                                       **PLAINTIFF**

**vs.**                                             **CIVIL ACTION NO. 3:23CV20-MPM-JMV**

**ROOF & NAIL OF MISSISSIPPI, LLC;**
**JUSTIN HAMLETT; AND KELLY POTTER**                        **DEFENDANTS**

---

### WRIT OF GARNISHMENT

---

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF MISSISSIPPI, OR TO ANY OTHER AUTHORIZED OFFICER, GREETINGS:

WHEREAS, on September 6, 2023, a consent judgment (the "Judgment") was entered in the above referenced matter in the amount of $174,863.19, plus post-judgment interest in the amount $74.09 per day in favor of ABC Supply Co., Inc. against Roof & Nail of Mississippi, LLC, Justin Hamlett and Kelly Potter; and

WHEREAS, the Judgment was duly registered in the United States District for the Northern District of Mississippi;

WHEREAS, the Judgment was enrolled on the Judgment Roll of the DeSoto County, Mississippi, Circuit Clerk;

WHEREAS, the entire amount due under the Judgment remains unpaid by Roof & Nail of Mississippi, LLC, Justin Hamlett and Kelly Potter;

WHEREAS, the Judgment has never been assigned by Garnishor to any other person or entity; and

WHEREAS, the Garnishor has made the proper suggestion for Writ of Garnishment against Roof & Nail of Mississippi, LLC, Justin Hamlett and Kelly Potter so that execution may be issued on the Judgment.

4

WE THEREFORE COMMAND Southern Bancorp Bank, Garnishee, who may be located at 8753 Caroma Drive, Olive Branch, Mississippi 38654, to answer the following questions, under oath and in writing, within thirty (30) days from the date of the service of the Writ of Garnishment, and to deliver or mail within that time a copy of the answer to the Garnishor's attorney, Sterling Kidd, Baker Donelson Bearman Caldwell & Berkowitz, PC, 100 Vision Drive, Suite 400, Jackson, MS 39211.

The original of the Garnishee's answer must be filed with the Clerk of the United States District Court for the Northern District of Mississippi, David Crews, at Federal Building Room 369, 911 Jackson Avenue East, Oxford, Mississippi 38655, within thirty (30) days of the date of service of this Writ of Garnishment. **FAILURE TO ANSWER THIS WRIT OF GARNISHMENT, AS REQUIRED, WILL RESULT IN JUDGMENT AGAINST GARNISHEE IN THE AMOUNT TO BE GARNISHED.**

First – Whether the Garnishee is indebted to Roof & Nail of Mississippi, LLC, Justin Hamlett and Kelly Potter or was so indebted at the time of the service of the writ on it, or has at any time since been so indebted; and, if so indebted, in what sum, whether due or not, and when due or to become due, and how the debt is evidenced, and what interest it bears.

Second – What effects of Roof & Nail of Mississippi, LLC, Justin Hamlett and Kelly Potter the Garnishee has or had at the time of the service of the writ on it, or has had since, in its possession or under its control.

Third – Whether the Garnishee knows or believes that any other person is indebted to Roof & Nail of Mississippi, LLC, Justin Hamlett and Kelly Potter; and if so, whom, and in what amount, and where such person or entity resides.

Fourth – Whether the Garnishee knows or believes that any other person or entity has effects of Roof & Nail of Mississippi, LLC, Justin Hamlett and Kelly Potter, in its possession or under its control; and, if so, whom and where such person or entity resides.

WITNESS my hand and the seal of office, this 25th day of October, 2023.

DAVID CREWS, UNITED STATES DISTRICT CLERK FOR THE NORTHERN DISTRICT OF MISSISSIPPI

By: s/ David Crews
Clerk of Court

by: jla