IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ABC SUPPLY CO., INC.     PLAINTIFF

vs.     CIVIL ACTION NO. 3:23CV20-MPM-JMV

ROOF & NAIL OF MISSISSIPPI, LLC;
JUSTIN HAMLETT; AND KELLY POTTER     DEFENDANTS

SOUTHERN BANCORP BANK     GARNISHEE-DEFENDANT

## TURNOVER ORDER

This cause came before the Court, on the application of the Plaintiff for an order requiring the Garnishee-Defendant Southern Bancorp Bank to turn over the sums subject to the Plaintiff's garnishment; it appearing that Plaintiff has duly filed the required documents and that the Garnishee-Defendant Southern Bancorp Bank is in possession of the sum of $10,000.00 which is subject to garnishment herein. Southern Bancorp South has consented to entry of this order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Garnishee-Defendant Southern Bancorp Bank shall forthwith turn over to the Plaintiff, in care of its attorney D. Sterling Kidd at the physical address below, the sum of $10,000.00 it holds pursuant to the garnishment in this proceeding.

SO ORDERED AND ADJUDGED, this the 23 day of May, 2024.

_____
DISTRICT JUDGE

APPROVED AND AGREED TO:

*/s/ D. Sterling Kidd*
D. Sterling Kidd (MSB #103670)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: 100 Vision Drive, Suite 400
Jackson, Mississippi 39211-6391
Telephone: (601) 351-2400
Telecopier: (601) 351-2424
skidd@bakerdonelson.com

*Counsel for Plaintiff*

*/s/ Jeff Rawlings*
Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
Tel (601) 898-1180 ext. 101
Fax (601) 605-8522
jeff@rawlingsmacinnis.net
rawlingsmacinnis.net

*Counsel for Southern Bancorp Bank*

2